# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Donna Bynum, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04- cv 515-CEA-PJC |
| | ) | |
| Cavalry Portfolio Services, L.L.C., | ) | BASE FILE |
| As assigned to Cygnet-FMAC, | ) | |
| Cavalry SPVI, L.L.C., | ) | |
|       Defendants. | ) | |

### PLAINTIFF, DONNA BYNUM, MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT AS TO CONTEMPT FOR VIOLATION OF DISCHARGE

COMES NOW the Plaintiff pursuant to and in accordance with Rule 56, Federal Rules of Civil Procedure, and hereby moves the Court to enter Summary Judgement in its favor and against Defendants, Cavalry Portfolio Services, L.L.C., As assigned to Cygnet-FMAC, Cavalry SPVI, L.L.C., In Support of this Motion, Plaintiff incorporates by reference the "Brief in Support of Plaintiff's Motion For Summary Judgement" filed contemporaneously herewith.

Respectfully submitted,

s/ Bruce Spence
Bruce A. Spence OBA#16310
1440 South Harvard Avenue
Tulsa, Oklahoma 74112
Telephone (918) 582-3266
Facsimile (918)582-3271
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

x        I, Bruce A. Spence, hereby certify that on November 25, 2005, I electronically transmitted the foregoing document and its attachment or exhibits to the Clerk of the Court using ECF Systems for filing and transmittal of a Notice of electronic filing to the following registrants:

    Mark A. Craige
    Attorney for Defendant Cavalry

☐        I, Bruce A. Spence, hereby certify that o n November 25, 2005, I served the foregoing document and its attachment or exhibits by first class mail postage prepaid, to the following:

    s/ Bruce Spence