**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHN R. BYNUM and DONNA BYNUM, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 04-CV-0515-CVE-PJC |
| ) | (Base File) |
| CAVALRY PORTFOLIO SERVICES, L.L.C., ) | |
| as assigned to Cygnet-FMAC, ) | |
| CAVALRY SPVI, L.L.C., ) | |
| REYNOLDS, RIDING, VOGT & MORGAN, ) | |
| and BENJAMIN HARRIS, ) | (Consolidated with: |
| ) | Case No. 05-CV-0482-CVE-PJC) |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| SPVI, L.L.C., ) | |
| ) | |
| Consolidated Defendant. ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court has reviewed the Joint Stipulation of Dismissal with Prejudice (Dkt. # 167) filed herein by the parties, and finds that this case, as consolidated, should be and is hereby **dismissed with prejudice**. Each party shall bear their own costs and fees herein. This is a final order terminating this case, as consolidated.

**IT IS SO ORDERED** this 14th day of July, 2006.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT